EDWARD MEYERS, Respondent, v. FREDERICK HUSSEY REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [See post, p. 983.]

In the Matter of NEW YORK TITLE AND MORTGAGE COMPANY (Mortgage Investments Series A-2). SAUL A. FINKEL, as Trustee, Appellant; ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [See post, p. 984.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS SCHLEFER, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMELLO RIBAUDO, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted, on the ground that the crime charged was not established beyond a reasonable doubt. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM ENGLERT, Appellant.— Judgment and order affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse and dismiss the complaint, on the ground that the complaint did not charge a criminal offense under section 105-a of the Alcoholic Beverage Control Law.

JOHN GRIFFIN, Respondent, v. FRANK J. QUIGAN, INC., Appellant.— Order so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer the third amended complaint within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Will of ARTHUR B. WARING, Deceased. CORNELIA H. LESLIE et al., Appellants; MATTEO SPALLETTA, as Special Guardian for PAUL W. McCABE, an Infant, Respondent.— Decree so far as appealed from, affirmed, with costs to the respondent payable out of the fund. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Townley and Untermyer, JJ., dissent.

IVOR B. CLARK, INC., Respondent, v. STRATFORD LEASING CORPORATION, Defendant, and JOSEPH JAME et al., Copartners Practicing Law under the Name of JAME BROTHERS, Defendants-Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse and grant the motion.

MINNIE PARODIS et al., Respondents, v. HEARN DEPARTMENT STORES, INC., Appellant, LOUIS RUBIN, Doing Business under the Name of NEW YORK TOY & GAME MANUFACTURING COMPANY, Impleaded Defendant, Respondent, et al., Impleaded Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See post, p. 984.]

JOSEPHINE VALENTINE, as Administratrix of the Estate of ROY L. VALENTINE, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See 268 App. Div. 768.]